

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00084-CR

---

MICHAEL MANYUON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 075405-D-CR, Honorable Steven Denny, Presiding

---

August 11, 2025

## MEMORANDUM OPINION

### Before PARKER and DOSS and YARBROUGH, JJ.

Michael Manyuon,[1] Appellant, appeals the imposition of attorney's fees resulting from his conviction for driving while intoxicated with two prior convictions for driving while intoxicated.[2] We abated the appeal on March 28, 2025, and reinstated it on April 30, 2025. While the appeal was abated, on April 2, 2025, the trial court entered a nunc pro

---

[1] Appellant's name also appears in the record as "Michael Manyoun."

[2] *See* TEX. PENAL CODE ANN. §§ 49.04; 49.09(b).

tunc judgment, which this Court received in a supplemental clerk's record. Attached to the nunc pro tunc judgment is a revised Bill of Cost indicating that Appellant has no balance due for attorney's fees or for any other fee. Specifically, the $500.00 charge for "Attorney's fees 1/2020," which forms the basis of Appellant's appeal, reflects a balance of $0.

An appeal becomes moot when an appellate court's judgment can no longer have an effect on an existing controversy or affect the parties' rights. *Jack v. State*, 149 S.W.3d 119, 123 n.10 (Tex. Crim. App. 2004). Because the trial court's nunc pro tunc judgment corrected the error about which Appellant complains on appeal, namely the assessment of attorney's fees, we dismiss his appeal as moot. *See* TEX. R. APP. P. 43.2(f).

Judy C. Parker
Justice

Do not publish.